IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBRA M. CONLEY, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) No. 3:07-1080 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Bryant |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| *Defendant.* | ) |

### ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation ("Report") in the above-styled matter (Doc. No. 29), to which no timely objections have been filed. Upon review, the Court finds the Report to be well-founded and supported by the record. The Court therefore **ADOPTS** the Report in its entirety. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) is **GRANTED**, the Defendant's decision is **REVERSED**, and the case is **REMANDED** to the Administrative Law Judge for further proceedings consistent with the Report.

It is so ORDERED.

Entered this the 9th day of February, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT